**Byron Amilcar GARCIA-AVALOS Petitioner**

v.

---

Jefferson B. SESSIONS, III,[1] Attorney General of the United States
Respondent

No. 16-2834

United States Court of Appeals, Eighth Circuit.

Submitted: June 5, 2017

Filed: June 8, 2017

Daniel Scott Reeker, Kendall Law Office, Omaha, NE, for Petitioner

Karen Yolanda Drummond, Thomas W. Hussey, Jeffery R. Leist, Carl H. McIntyre, U.S. Department of Justice, Civil Division, Office of Immigration Litigation, Washington, DC, Greg Jensen, Immigration & Customs Enforcement, Omaha, NE, OIL, U.S. Department of Justice, Washington, DC, for Respondent

Before WOLLMAN, BOWMAN, and RILEY, Circuit Judges.

PER CURIAM.

Byron Amilcar Garcia-Avalos, a citizen of Guatemala, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the decision of an immigration judge denying him asylum and withholding of removal. After careful review, we conclude that substantial evidence supports the decision of the immigration judge. See Matul-Hernandez v. Holder, 685 F.3d 707, 712-13 (8th Cir.

2012). The petition is denied. See 8th Cir. R. 47B.